tions from the railroad with respect to some aspects of his work will not constitute him a railroad employee."

We have concluded that the defendant contracted with the truck lines to load and unload "piggyback" trailers as an independent contractor, that nothing was done to impair that relationship, and that plaintiff remained solely the employee of the truck lines. We further hold that on this evidence reasonable minds could not differ and that the trial court properly sustained defendant's motion for summary judgment.

The judgment of the trial court is affirmed.

CREBS and JONES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CHARLES LEO CLUTTER, Defendant-Appellant.

(No. 72-265;

Fifth District—August 3, 1973.

PER CURIAM.

Kenneth L. Jones, District Defender, of Mt. Vernon, for appellant.

No brief filed for the People.